NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SILVER JOSE GALINDO, | No. 18-16183 |
| Petitioner-Appellant, | D.C. No. 2:17-cv-00302-EFB |
| v. | |
| J. SALAZAR, | MEMORANDUM[*] |
| Respondent-Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Edmund F. Brennan, Magistrate Judge, Presiding[**]

Submitted June 11, 2019[***]

Before:    CANBY, GRABER, and MURGUIA, Circuit Judges.

Federal prisoner Silver Jose Galindo appeals pro se from the district court's

judgment denying his 28 U.S.C. § 2241 habeas petition.  We have jurisdiction

under 28 U.S.C. § 1291.  Reviewing de novo, *see Tablada v. Thomas*, 533 F.3d

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The parties consented to proceed before a magistrate judge.

[***]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

800, 805 (9th Cir. 2008), we affirm.

Galindo argues that he is entitled to credit toward his federal sentence for the time spent in federal custody pursuant to a writ of habeas corpus ad prosequendum between April 5, 2004, and January 28, 2005. We disagree. The state retained primary jurisdiction over Galindo during this time, *see Thomas v. Brewer*, 923 F.2d 1361, 1367 (9th Cir. 1991) (an accused transferred pursuant to a writ of habeas corpus ad prosequendum is "on loan" to federal authorities and remains a state prisoner), and the record reflects that the state of Hawaii credited this time toward Galindo's state parole revocation sentence. Therefore, the credits earned during this period cannot be credited towards his federal sentence. *See* 18 U.S.C. § 3585(b); *United States v. Wilson*, 503 U.S. 329, 337 (1992) (under section 3585(b), a defendant cannot "receive a double credit for his detention time").

**AFFIRMED.**